IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-10-00059-CV

 

Wilmer L. "Bill" Ward,

                                                                                                Appellant

 v.

 

Travis Herring, Shelle Herring Honeycutt, 

and Claudia Herring Babb,

                                                                                                Appellees

 

 

 



From the 87th District
Court

Limestone County, Texas

Trial Court No. 27,479-A

 



MEMORANDUM  Opinion



 








Appellant has filed a motion
to dismiss this appeal.  Appellees have not filed a response.  Accordingly, the
appeal is dismissed.  See Tex. R.
App. P. 42.1(a)(1).

 

FELIPE REYNA

                                                                                                Justice


Before Chief
Justice Gray,

Justice
Reyna, and

Justice
Davis

Appeal
dismissed

Opinion
delivered and filed August 11, 2010

[CV06]